UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKIT SAHU,<br>        Plaintiff.<br>    v.<br>UBS FINANCIAL SERVICES, INC.,<br>        Defendant. | Case No.  16-cv-04982-JCS<br><br>**ORDER OF RECUSAL** |

    This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

    IT IS SO ORDERED.

Dated: 8/31/2016

                                            JOSEPH C. SPERO<br>
                                            United States Magistrate Judge