UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKIT SAHU,<br><br>             Plaintiff,<br><br>      v.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>             Defendant. | Case No. 16-cv-04982-JSW<br><br>**ORDER DENYING AS MOOT MOTIONS TO COMPEL ARBITRATOIN AND TO SEAL AND DIRECTING CLERK TO CLOSE FILE**<br><br>Re: Dkt. Nos. 12-14 |

On September 28, 2016, Plaintiff filed a Notice of Voluntary Dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  At the time Plaintiff filed that notice of dismissal, Defendant had not answered or filed a motion for summary judgment.  In addition, although Plaintiff asserted claims on behalf of a class, no class has been certified.  *See* Fed. R. Civ. P. 23(e); *see also Nelson v. AT&T Mobility LLC,* No. 10-CV-4802-THE, 2011 U.S. Dist. LEXIS 136626 (N.D. Cal. Nov. 29, 2011).

After the Plaintiff filed the notice of dismissal, but before the Clerk could terminate the case, Defendant filed a motion to compel arbitration and a motion to seal.  Because Plaintiff has filed a notice of dismissal that is effective, the Court DENIES the motions to compel and to seal as moot.

The Clerk shall terminate the motions and close this file, pursuant to Plaintiff's Notice of Dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: September 29, 2016

_____
JEFFREY S. WHITE
United States District Judge